IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR123 |
| | ) | |
| v. | ) | |
| | ) | |
| MALIK JARMON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion to continue hearing (Filing No. 56). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the final dispositional hearing on the petitions for warrant or summons for offender under supervision (Filing Nos. 45 and 53) is rescheduled for:

**Friday, October 10, 2008, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 28th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court