IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR123 |
| | ) | |
| v. | ) | |
| | ) | |
| MALIK JARMON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On December 12, 2008, the defendant appeared with counsel for a hearing on an Amended Petition for Warrant for Offender Under Supervision (Filing No. 53). Defendant was present and represented by Ernest Addison. Plaintiff was represented by Maria Moran, Assistant United States Attorney. The defendant admitted allegations numbered 1 through 7. The Court then proceeded to a dispositional hearing.

IT IS ORDERED:

1) That the defendant's term of supervised release should be and hereby is revoked.

2) The defendant is sentenced to a term of incarceration of twelve (12) months with no supervised release to follow. Said sentence is to run concurrently with defendant's sentence in 8:08CR201.

3) The Petition for Warrant or Summons for Offender Under Supervision (Filing No. 45) is dismissed.

DATED this 12th day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court